

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2013

No. 04-13-00633-CR and 04-13-00634-CR

Ex Parte Martin Guadalupe Campos LEAL,
Appellant

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 2513 and 2514
The Honorable John D. Fleming, Judge Presiding

## O R D E R

The State's motion for extension of time to file its brief in these appeals is **granted.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2013.

_____
Keith E. Hottle
Clerk of Court